UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALLEN PORTER,

                Petitioner,

    -against-

CHARLES GREINER, Superintendent,
Green Haven Correctional Facility,

                Respondent.
---------------------------------------------------------------X

JUDGMENT
00-CV- 6047 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 20 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on December 15, 2005, adopting and affirming the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated November 18, 2005; denying petitioner's habeas corpus petition in all respects; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted and affirmed; that petitioner's habeas corpus petition is denied in all respects; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
        December 19, 2005

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court